United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-02136-HWV |
| Brianna Louise Mays | Chapter 7 |
| Dylan James Mays | |
|     Debtors | |

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: admin      Page 1 of 2
Date Rcvd: Feb 10, 2023      Form ID: fnldecac      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 12, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Brianna Louise Mays, Dylan James Mays, 104 South Park, Richland, PA 17087-9713 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 12, 2023      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 9, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Chad James Julius | on behalf of Debtor 1 Brianna Louise Mays cjulius@ljacobsonlaw.com brhoades@ljacobsonlaw.com;derashade527@outlook.com |
| Chad James Julius | on behalf of Debtor 2 Dylan James Mays cjulius@ljacobsonlaw.com brhoades@ljacobsonlaw.com;derashade527@outlook.com |
| Kara Katherine Gendron | karagendrontrustee@gmail.com PA89@ecfcbis.com,trusteenoticesbox@gmail.com |
| Michael Patrick Farrington | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC mfarrington@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Brianna Louise Mays,  Chapter 7
**Debtor 1**

Case No. 1:22−bk−02136−HWV

Dylan James Mays,
**Debtor 2**

Social Security No.:
xxx−xx−6480   xxx−xx−8040

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

**IT IS ORDERED THAT:**

**Kara Katherine Gendron**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 7 case of the above named debtor(s) is closed.

BY THE COURT
By the Court,

*(signature)*

Henry W. Van Eck, Chief Bankruptcy Judge

Dated: February 9, 2023

**fnldecac** (05/18)